## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| Lisa Kvilhaug, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-v.-<br><br>Portfolio Recovery Associates, LLC and John Does 1-25,<br><br>Defendant(s). | Civil Action No. 1:20-cv-01041-RGA<br><br>**NOTICE OF SETTLEMENT AS TO ALL DEFENDANTS** |

Plaintiff respectfully submits this Notice of Settlement to inform the Court as follows:

1. Plaintiff and Defendants have reached an agreement in principle and are in the process of finalizing a confidential settlement agreement.

2. Plaintiff will file a Dismissal once the terms of the settlement agreement have been completed.

3. Accordingly, the parties request excusals from any upcoming filing or appearances requirements.

4. This notice of settlement has no effect on any other Defendant in this action.

Dated: September 2, 2020

Respectfully Submitted,

**GARIBIAN LAW OFFICES, P.C.**

*/s/ Antranig Garibian*
Antranig Garibian, Esquire (Bar No. 4962)
1010 N. Bancroft Parkway, Suite 22
Wilmington, DE 19805
(302) 722-6885
ag@garibianlaw.com
*Attorney for Plaintiff*